IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| ROBERT YELL, ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| V. ) | CASE NO.   1:20-CV-47-GNS |
| ) | |
| THE CITY OF RUSSELLVILLE, et al; ) | |
| ) | |
| DEFENDANTS. ) | |

### SCHEDULING ORDER

Upon motion of the parties, through counsel, and this Court being fully advised;

**IT IS HEREBY ORDERED:**

1. No later than March 1, 2022, the parties shall complete all pretrial discovery. All written discovery requests shall be submitted to the opposing parties so that the due date is in advance of the discovery deadline.

2. No later than April 15, 2022, counsel for the Plaintiff shall disclose the identity of any person who may be used at trial to provide expert testimony under Fed.R.Civ.P.26(a)(2)(A). By that date, the Plaintiff shall submit written reports from any expert witnesses who are retained or specifically employed as required under Fed.R.Civ.P. 26(a)(2)(B). If the witness is not required to provide a written report,

1

the Plaintiff's disclosure shall include for each witness the subject matter on which the witness is expected to present evidence under Fed. R. Evid. 702, 703 or 705 and a summary of the facts and opinions to which the witness is expected to testify, in conformance with Fed.R. Civ. P. 26(a)(2)(C).

3. No later than May 30, 2022, counsel for the Defendants shall disclose the identity of any person who may be used at trial to provide expert testimony under Fed.R.Civ.P.26(a)(2)(A). By that date, the Defendants shall submit written reports from any expert witnesses who are retained or specifically employed as required to provide a written report, the Defendants' disclosure shall include for each witness the subject matter on which the witness is expected to present evidence under Fed. R. Evid. 702, 703 or 705 and a summary of the facts and opinions to which the witness is expected to testify, in conformance with Fed.R. Civ. P. 26(a)(2)(C).

4. The discovery depositions of all expert witnesses shall be completed no later than August 18, 2022.

5. No later than October 17, 2022 counsel for the parties shall file all dispositive motions. This same date is the filing deadline for motions related to the admissibility of expert testimony pursuant to the Federal Rules of Evidence 702 (*Daubert* motions).

**ENTERED:**