**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**
**CIVIL ACTION NO. 1:20-cv-47-GNS**

**ROBERT YELL**                                                                 **PLAINTIFF**

**v.**

**THE CITY OF RUSSELLVILLE, ET AL.**                         **DEFENDANTS**

---

## MOTION FOR SUMMARY JUDGMENT

---

Come Defendants Scott County, Kentucky, and Buster Cannon, in his individual capacity as a former Scott County Deputy Sheriff (collectively the "Scott County Defendants"), by counsel, and respectfully move the Court pursuant to Fed. R. Civ. P. 56 for Summary Judgment and dismissal with prejudice of all claims asserted against them herein by the Plaintiff, Robert Yell. The grounds for the Scott County Defendants' Motion are set forth in a memorandum filed contemporaneously herewith.

Respectfully submitted,

/s/ D. Barry Stilz
D. Barry Stilz
Lynn Sowards Zellen
KINKEAD & STILZ, PLLC
301 East Main Street, Suite 900
Lexington, Kentucky 40507
Phone: (859) 296-2300
Facsimile: (859) 296-2566
bstilz@ksattorneys.com
lzellen@ksattorneys.com
*Counsel for Defendants Scott County, Kentucky,*
*and Buster Cannon, in his individual capacity as a*
*former Scott County Deputy Sheriff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing, if applicable, to all counsel of record.

/s/ D. Barry Stilz
*Counsel for Defendants Scott County, Kentucky, and Buster Cannon, in his individual capacity as a former Scott County Deputy Sheriff*