

**DEPARTMENT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

404032:JRP
1955.1d

JUN 0 6 2002

Fire Chief Robert Hendricks
Georgetown, Kentucky, Fire and Rescue
101 Airport Road
Georgetown, KY 40324

Dear Director Hendricks:

Enclosed is a signed Memorandum of Agreement (MOA) between the Bureau of Alcohol, Tobacco and Firearms (ATF) and the Georgetown, Kentucky, Fire and Rescue. The purpose of this MOA is to set forth the Federal authority for the Accelerant Detection Canine Program (ADCP), the responsibilities of the participating agency, and the terms and conditions of training and deploying an ADCP certified canine to the agency.

If you have any questions or need additional information, please contact Joyce Pruitt of my staff on (202) 927-8878.

        Sincerely yours,

        Melissa L. McCoy
Chief, Budget Execution Section

Enclosure

WWW.ATF.TREAS.GOV

Exhibit 2

ATF SUBPOENA CANNON 0096

# MEMORANDUM OF AGREEMENT
## BETWEEN THE
## BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
## AND THE
## GEORGETOWN, KENTUCKY, FIRE AND RESCUE

This Memorandum of Agreement (MOA) between the Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms (ATF) and the Georgetown, Kentucky, Fire and Rescue (referred to throughout this document as the "Agency"), establishes the terms for participation in ATF's Accelerant Detection Canine Program (ADCP).

The purpose of this MOA is to set forth the Federal authority for the ADCP, the participating agencies' responsibilities and the terms and conditions for training and deploying an ADCP trained and certified canine to the Agency. This MOA establishes guidelines for the services to be performed by the Agency, the training to be provided by ATF, and the requirements of the ADCP.

## II.     AUTHORITY

In accordance with Public Law 107-67, 115 Statute 514, the Treasury and General Government Appropriations Act for fiscal year 2002, ATF is authorized by Congress to train State and local law enforcement agencies with or without reimbursement, including training in connection with the training and acquisition of canines for explosives and fire accelerants detection.

## III.     RESPONSIBILITIES

    a. The Agency will allow its designated handler to be trained in the ATF food reward methodology and participate in the ADCP.

    b. ATF will provide ATF ADCP training to the Agency's designated handler. Upon successful completion of the course, the handler and assigned accelerant detection canine will receive ATF certification. ATF will provide annual recertification and when time permits, will provide in-service training for the handler and assigned canine.

    c. The Agency, in consideration for the ATF-provided training, will upon request by ATF, make the canine team available to ATF for nationwide National Response Team (NRT) activations and other significant investigations involving violations of Federal arson laws if the agency's Accelerant Detection Canine (ADC) team is available to provide such assistance. This consideration to respond to NRT activations, and other significant arson investigations, will be in effect for the 5-year performance period of this MOA.

## IV.     Terms and Conditions

The following general terms and conditions will apply to ATF's ADCP and the Agency's participation in this program.

    a. ATF agrees to:

        1. Provide the training facility for the ADC Team. The training will be conducted at the ATF Canine Training Center (CTC), 122 Cavalry Drive, Front Royal, Virginia.

ATF SUBPOENA CANNON 0097

2. Purchase the canine for the agency, and pay the handler's lodging expenses incurred during the initial 5-week training session. ATF will also reimburse the agency and/or canine handler for meal expenses at the current government per diem rate and provide the agency's canine handler with all necessary ADCP and canine related equipment and supplies during the initial training program.

3. Provide technical oversight during course curriculum development, training, recertification, and throughout the Agency's participation in the ADCP.

4. Provide the necessary ATF ADCP personnel, to include a forensic chemist, to evaluate, test, and certify the canine for proficiency in detecting ignitable liquid odors. The chemist shall conduct all annual re-certifications.

5. Reimburse the Agency, in accordance with Federal travel regulations and ATF policies, for travel-related expenses incurred by the handler as a result of participation in NRT activations, or other significant investigations involving violations of Federal arson laws. ATF will not pay the handler's salary, overtime expenses, or other employment benefits incurred during the handler's participation in NRT activations or other significant investigations involving violations of Federal arson laws.

b. The Agency agrees to:

1. Pay for the handler's salary, overtime, and employment benefits and ensure that the handler is covered by the Agency's insurance during the initial 5-week training at the CTC, during all subsequent annual recertification and in-service training seminars, and for all activations supporting the NRT or other significant investigations involving violations of Federal arson laws.

2. Ensure that the handler is available for weekend training during the initial 5-week training course at the CTC.

3. Make the canine team available to ATF for periodic in-service training and for a mandatory 1-week annual recertification seminar. The Agency will incur all travel related, lodging, per diem, salary, overtime, and benefits costs for the ADC team during in-service and annual recertification seminars.

4. Make the canine team, upon request, available to ATF for NRT activations and other significant investigations involving violations of Federal arson laws.

5. Provide food, monthly preventative medication, and veterinary care (after initial training), to include an annual physical and heartworm check, for the canine during its working life in the ADCP.

6. Continue to train and maintain the accelerant detection canine in the food reward methodology and protocols in which it will be trained.

7. Provide, at its expense, a climate controlled full-time vehicle dedicated to the handler/canine team and suitable for the team's working environment. This vehicle will have air conditioning, heat and an installed prefabricated cage.

8. Require and ensure that the selected handler is responsible for the maintenance, training and handling of the ATF certified accelerant detection canine and no other detection canine during the term of the program commitment.

2

ATF SUBPOENA CANNON 0098

9.  Ensure that the selected handler houses the accelerant detection canine in the handler's residence. The canine shall not be kept in an outdoor kennel or crated indoors on a continual basis.

10. Have available for its use a laboratory capable of conducting comprehensive analysis of ignitable liquids. The Agency will ensure that the laboratory prioritizes the examination of canine alert samples.

11. Provide to ATF, on at least a monthly basis, all operational reports related to the accelerant detection canine.

c.  General Guidelines

1.  All participating personnel shall comply with the following regulations and policies during the 5-week initial training course, the annual certification and in-service training seminars, and any NRT or other significant investigation activation: the Department of Treasury Use of Force Policy (Order # 105-12); the ATF Conduct and Accountability Policy (ATF Brief #2130.1); the Department of Treasury Personal Property Management Directive (TD # 73-01), and the ATF Investigative Priorities, Procedures and Techniques Policy (ATF Order # 3210.7B), which includes supervisory controls.

2.  If necessary, all participating personnel shall qualify with the firearms issued to them by the Agency, using and complying with the Agency's proficiency standards prior to attending training. All participating personnel will be prohibited from carrying firearms at the training site during the 5-week initial training course, in-service training, and the annual certification.

3.  All participating personnel who are specifically authorized to use ATF-owned or leased vehicles will be provided with policies concerning the use and care of Government-owned vehicles. The vehicles provided by ATF to participating personnel may only be used for official Federal Government purposes. In addition to regulations and policies mentioned above, ATF will provide Department of Treasury regulation 31 CFR, Section 0.209 and ATF Orders 1850.1A, 1850.6A, and 3000.1E (specifically, Chapter C, paragraph 42).

4.  Participating personnel will be provided with and made aware of ATF P 2130.1 (August 1997), entitled Standards of Ethical Conduct for Employees of the Bureau of Alcohol, Tobacco and Firearms. This includes the Federal Employee Responsibilities and Conduct (5CFR Part 735) and the Department of Treasury Employee Rules of Conduct (31 CFR Part O), particularly with respect to nondiscrimination. While all personnel shall be subject to the regulations and guidelines issued by their employing agency, personnel actively participating in the ADCP or in response to criminal activity under the direction and control of ATF will also be subjected to these rules of conduct.

ATF SUBPOENA CANNON 0099

V.     Effective Date, Modifications, and Termination

This agreement is effective upon the date the last party signs below. Any modification or amendments of this MOA must be in writing and will not be enforceable until signed by all parties. Nothing herein is intended to conflict with current ATF, Department of the Treasury, or the Agency's directives, rules, or regulations.

The performance period of this MOA shall commence on the first day of the 5-week initial training at the CTC and end upon retirement of the ADC team from service, or, in essence, the working life of the canine. The working life of the canine is estimated to be 5 years after completion of training, however, this period may be extended at the discretion of ATF and the Agency. ATF will not recertify any canine that has reached nine years of age.

Should the Agency elect to terminate its participation in the ADCP within 1 year of completion of training, ATF will have the first option to reclaim the canine and provide it to another Agency for implementation into the ADCP. ATF reserves the option to reclaim the canine, if during the first year after training, ATF determines that the canine and/or handler are not performing within the standards and protocols of the ADCP, or if the canine has not received proper care as specified by the ADCP training staff. Upon reclaiming the canine, ATF will have the option of providing the agency with a replacement canine. It is understood by both parties that ATF reserves the right to deem the canine unsuitable for retraining, and if the handler declines to adopt the canine as a family pet, ATF will determine the canine's final disposition. At the conclusion of the first year after training, the canine will become the Agency's property. If the handler is reassigned after one year, the canine should be retired with the handler as the ATF ADCP will not retrain or recertify a canine over three years old with another handler. Upon conclusion of its working life, ATF recommends that the handler adopt the canine.


_____          _____
Fire Chief Robert Hendricks                        Date
Georgetown, Kentucky, Fire and Rescue


_____          _____
Assistant Director                                      Date
(Firearms, Explosives and Arson)
Bureau of Alcohol, Tobacco and Firearms


_____          _____
Assistant Director (Management)/CFO             Date
Bureau of Alcohol, Tobacco and Firearms


4

ATF SUBPOENA CANNON 0100