# CERTIFICATE OF TRAINING

**DEPARTMENT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
OFFICE OF TRAINING AND PROFESSIONAL DEVELOPMENT



*This is to certify that*

## Carmel R. Cannon

*has successfully completed*
*Accelerant Canine Handler Course*

**February 18, 2002 to March 20, 2002**

March 20, 2002
_____
Date

*[signature: Mark Logan]*
_____
Assistant Director
(Training and Professional Development)

LOGAN CIRCUIT 0012
ATF SUB RESP 000898
Exhibit 3

# Department of the Treasury

## Bureau of Alcohol, Tobacco and Firearms

### Certificate of Training

*This is to certify that*

*Carnel R. Cannon and K-9 P.J.*

*has successfully completed*

ACCELERANT ODOR RECOGNITION TESTING

Front Royal, Virginia

March 20, 2002



_____
Raymond Kuk
Forensic Chemist

LOGAN CIRCUIT 0011
ATF SUB RESP 000899