**Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives
Office of Training and Professional Development

# CERTIFICATE OF TRAINING



*This is to certify that*

## Buster Cannon and K-9 PJ

*has successfully completed*

### Accelerant Canine Recertification

April 1, 2004 to April 5, 2004
40 Hours

April 5, 2004
_Date_

*Assistant Director*
*(Training and Professional Development)*

LOGAN CIRCUIT 0010
ATF SUB RESP 000895
Exhibit 4

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
OFFICE OF TRAINING AND PROFESSIONAL DEVELOPMENT

# CERTIFICATE OF TRAINING



*This is to certify that*

***Buster Cannon and K-9 PJ***

*has successfully completed*

*Accelerant Odor Recognition Testing*

March 31, 2003 to April 7, 2003

**April 7, 2003**
Date

*[signature: Mark Logan]*
Assistant Director
(Training and Professional Development)

# CERTIFICATE OF TRAINING

**DEPARTMENT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
OFFICE OF TRAINING AND PROFESSIONAL DEVELOPMENT

This is to certify that

### Buster Cannon

has successfully completed

*Accelerant Canine Recertification*

March 30, 2003 to April 7, 2003
40 Hours

April 7, 2003
*Date*

*Mark Logan*
Assistant Director
(Training and Professional Development)