UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:20-cv-47-GNS

**ROBERT YELL**                                                                                 **PLAINTIFF**

v.

**THE CITY OF RUSSELLVILLE, ET AL.**                                   **DEFENDANTS**

### AFFIDAVIT OF CARMEL R. "BUSTER" CANNON

Comes the Affiant, Carmel R. "Buster" Cannon, and after being duly sworn, states as follows:

1. In February 2006, I was employed as both a firefighter with the Georgetown Fire Department and a deputy sheriff with the Scott County Sheriff's Department.

2. In February 2006, I testified in the matter of *Commonwealth of Kentucky v. Robert Yell*, Logan Circuit Court, 04-CR-232 (the "Yell Prosecution"), which arose from a fire I investigated in my capacity as a firefighter with the Georgetown Fire Department.

3. I did not perform any functions in connection with the investigation of the fire that was the subject of the Yell Prosecution in my capacity as a deputy sheriff with the Scott County Sheriff's Department.

4. Although my participation in the investigation of the fire that was the subject of the Yell Prosecution was unrelated to my position as a deputy sheriff with the Scott County Sheriff's Department, I wore my deputy sheriff's uniform to the trial in February 2006 because I had either come straight from a shift working as a deputy sheriff or anticipated beginning a shift immediately after testifying.

1

Exhibit 8

Further, the Affiant sayeth naught.

*Carmel Cannon*
CARMEL R. "BUSTER" CANNON

COMMONWEALTH OF KENTUCKY   )
                           )
COUNTY OF Fayette          )

The foregoing affidavit was subscribed and sworn to before me by Carmel R. "Buster" Cannon on the 26 day of September, 2025.

*Lindsey Paige Lavins*
NOTARY PUBLIC, STATE AT LARGE

My commission expires: 5/24/27         Notary ID No. KYNP71611

[Notary Seal: LINDSEY PAIGE LOVINS, NOTARY, ID KYNP71611, MY COMMISSION EXPIRES 05/24/2027, PUBLIC, STATE AT LARGE, K.Y.]

2