## Special Deputation Authorization

**From:** Special Deputation Specialist
Investigative Services Division

**To:** United States Marshal
Western District of Kentucky

**Subject:** Special Deputation

This is your authority to deputize the following individual as a Special Deputy U.S. Marshal:

  Carmel Cannon   (502-535-5950)
  (Scott Co. Sheriff's Dept.)

**Expiration Date** for the Deputation is June 30, 2006.

Limit of Special Deputation Authority

"To make arrests or execute search warrants supporting a federal task force."

OTHER: "Not authorized to participate in federal drug investigations unless also deputized by DEA or the FBI."

If the individual is NOT deputized, please FAX a copy of this authorization to The Office of Special Deputations, FAX (202-307-5089), and indicate why the individual was not deputized. *Anyone not deputized within 45 days of this authorization, must reapply.*

SPONSORING AGENCY CONTACT:   Mike Hayes
                             ATF, WD/KY
                             202-927-7646

                             *Eva M. Gilbert* (signature)
                             Eva M. Gilbert
                             Special Deputations Unit
                             202-307-5224
                             June 16, 2004

** TOTAL PAGE.01 **

YELL 001223            Exhibit 9



UNITED STATES MARSHALS SERVICE

# SPECIAL DEPUTATION APPOINTMENT

## OATH OF OFFICE

I, Carmel Cannan _____ (Use name as stated on authorization) do solemnly swear (affirm) that I will faithfully execute all lawful orders issued under the authority of the United-States directed to the United States Marshal, the United States Marshals Service, or to an appropriate Federal Official. I will perform the duties of a Special Deputy United States Marshal with integrity, professionalism, and impartiality. I will exercise the authorities as limited by this Special Deputation solely in furtherance of the mission for which I have been specially deputized, and only while this Special Deputation shall be in effect. I agree to abide by the conditions set forth in the appointment. So help me God.

Subscribed and sworn to me this

9th day of September, 2004,

at Louisville, Kentucky
     City            State

_Richard W. Knighten, Chief Deputy U. S. Marshal_
Signature of U.S. Marshal or Officer Administering Oath

Western District of Kentucky
District or Division

x _Carmel Cannan_
Signature of Appointee

June 30, 2006
Expiration Date of Special Deputation

## AGENCY EMPLOYMENT

Appointee's Employer: Scott County Kentucky Sheriffs Dept.   Sponsoring Agency: ATFE

Sponsoring Agency Contact during Special Deputation (U.S. Marshal or Designated Federal Official):
Mike Hayes ATF 202-927-7646 or Rich Knighten, USMS at 502-664-6850

**Questions in reference to Special Deputation should be referred to the appointee's sponsoring agency.**

## LIMIT OF SPECIAL DEPUTATION AUTHORITY

- [ ] To serve as a special agent of an Inspector General's Office through an MOU with the Department of Justice
- [ ] To protect persons under federal assault statutes
- [x] To seek and execute arrest and search warrants supporting a federal task force
- [ ] To monitor Title III intercepts
- [ ] To serve as a prisoner guard
- [x] Other (please explain): Not authorized to participate in federal drug investigations unless also deputized by DEA or the FBI.

## TERMS OF SPECIAL DEPUTATION

The individual named herein is appointed, under authority delegated by the Attorney General, to perform the duties of the Office of Special Deputy United States Marshal as directed by an appropriate official of the United States Marshals Service or some other appropriate Federal Official as so designated. This appointment does not constitute employment by the United States Marshals Service, the United States Department of Justice, or the United States Government. The appointee agrees to perform the duties required under this Special Deputation with the knowledge that he or she is neither entering into an employment agreement with the Federal Government or any element thereof, nor being appointed to any position in the Federal Service by virtue of this special deputation. The appointee understands and acknowledges that the authorities vested in him or her by this special deputation can only be exercised in furtherance of the mission for which he or she has been specially deputized and extend only so far as may be necessary to faithfully complete that mission. Moreover, those authorities terminate at the expiration of the term of the Special Deputation.

Original (blue) - Appointee
Copy 2 (white) - Sponsoring Agency

Previous Editions of USM-3 and USM-3A Obsolete

Form USM-3, 3A
(Rev. 08/18/99)

YELL 001224