**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**
**CIVIL ACTION NO. 1:20-cv-47-GNS**

**ROBERT YELL**                                                                                                 **PLAINTIFF**

**v.**

**THE CITY OF RUSSELLVILLE, ET AL.**                                   **DEFENDANTS**

**ORDER**

This matter is before the Court on the motion of Defendants Scott County, Kentucky, and Buster Cannon, in his individual capacity as a former Scott County Deputy Sheriff (collectively the "Scott County Defendants"), pursuant to Fed. R. Civ. P. 56 for Summary Judgment and dismissal with prejudice of all claims asserted against them herein by the Plaintiff, Robert Yell. The Court, having reviewed the record and being otherwise sufficiently advised, hereby GRANTS the Motion, enters SUMMARY JUDGMENT in favor of Defendants Scott County, Kentucky, and Buster Cannon, in his individual capacity as a former Scott County Deputy Sheriff, and DISMISSES WITH PREJUDICE all claims asserted herein against the Scott County Defendants.